**F.E. RHODES, et al., Appellant,**

v.

**James H. ESTES, et al., Respondent.**

**No. ED 77321.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

Nov. 14, 2000.

Walter S. Drusch, Jr., Cape Girardeau, MO, for Appellant.

John L. Oliver, Jr., Cape Girardeau, MO, for Respondent.

Before HOFF, P.J., SULLIVAN, J., and DRAPER, J.

### ORDER

PER CURIAM.

F.E. Rhodes and Edvira Rhodes appeal from the trial court's judgment in favor of James H. Estes and Beverly Estes on a claim arising from a violation of a non-compete agreement following the sale of a convenience store.

We have reviewed the briefs of the parties and the record on appeal. The judgment is supported by substantial and competent evidence in the record and is not against the weight of the evidence. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

**Justin T. MINX, Respondent,**

v.

**Delores A. MINX, Appellant.**

**No. WD 57918.**

Missouri Court of Appeals,
Western District.

Nov. 14, 2000.

Edward M. Berg, Columbia, for appellant.

Matthew Francis Howard, Eldon, for respondent.

Before PAUL M. SPINDEN, Chief Judge, PATRICIA A. BRECKENRIDGE, Judge, and THOMAS H. NEWTON, Judge.

### ORDER

In 1996, Delores and Justin Minx petitioned the circuit court to modify its judgment dissolving their marriage. Delores Minx appeals the circuit court's judgment requiring her to pay retroactive child support. Because the circuit court did not abuse its discretion, we affirm the judgment. Rule 84.16(b).